**Order filed, September 15, 2017.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

## NO. 01-17-00442-CV

**ALAN SCHROCK, Appellant**

**V.**

**CITY OF BAYTOWN, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Case   1007923**

---

## ORDER

The reporter's record in this case was due July 12, 2017. *See* Tex. R. App. P. 35.1. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Lettie Witter, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days of** the date of this order.

No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. See Tex. R. App. P. 35.3(c). If the reporter does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM